December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

COUNTY INVESTMENT, LP, Appellant

NO. 14-15-00207-CV              V.

ROYAL WEST INVESTMENT, LLC, SERIES E AND SHAWN SHAHBAZI, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Royal West Investment, LLC, Series E and Shawn Shahbazi, signed December 5, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, County Investment, LP, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.